# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Courtland Tatum, Sr.
In Proper Person
PO Box 4830
Pineville LA 71360

Judgment on rehearing rendered and mailed to all parties or counsel of record on April 16, 2025

## REHEARING ACTION: April 16, 2025

**Docket Number: 24   00401-CA consolidated with 24   00402-CA & 24   00403-CA**

**COURTLAND TATUM, SR.**
**VERSUS**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., ET AL.**

**Appealed from Rapides Parish Case No. 266,220**

<u>**BEFORE JUDGES**</u>:

> **Hon. Shannon J. Gremillion**
> **Hon. Charles G. Fitzgerald**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Courtland Tatum, Sr.** has this day been

> **DENIED.**

Also, the "Motion for Written Opinion to the Honorable Judges of the Louisiana 3[rd]

Circuit Court of Appeals" filed by **Courtland Tatum, Sr.** has this day been

> **DENIED.**

cc: Katherine P. Martin, Counsel for the Appellee
Paul Mantle Lafleur, Counsel for the Appellee
Christine Wells, Counsel for the Appellee
Brian Thomas Carr, Counsel for the Appellee